AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Texas_____

TIERNEY MCCRACKEN

V.

MICHAEL M. BARRON AND BARRON, ADLER, & ANDERSON, L.L.P.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER **A06CA970 LY**

TO: (Name and address of Defendant)

MICHAEL M. BARRON
808 Nueces Street
AUSTIN, TX 78701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary F. DeShazo
Gary F. DeShazo & Associates
823 Congress Avenue, Suite 1550
Austin, TX 78701
Telephone: (512) 476-3800
Fax: (512) 476-0435

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki                                        DEC 11 2006
CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Texas_____

TIERNEY MCCRACKEN

V.

MICHAEL M. BARRON AND BARRON, ADLER, & ANDERSON, L.L.P.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **A06CA970 LY**

TO: (Name and address of Defendant)

BARRON, ADLER & ANDERSON, L.L.P.
C/O MICHAEL M. BARRON
808 NUECES STREET
AUSTIN, TX 78701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary F. DeShazo
Gary F. DeShazo & Associates
823 Congress Avenue, Suite 1550
Austin, TX 78701
Telephone: (512) 476-3800
Fax: (512) 476-0435

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki         DEC 1 1 2006
CLERK                       DATE

(By) DEPUTY CLERK