IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 29 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| TIERNEY McCRACKEN | § § § | |
| VS. | § § § | CAUSE NO. A-06-CA-970-LY |
| MICHAEL M. BARRON AND BARRON ADLER & ANDERSON, L.L.P. | § § | |

### ORDER SETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case has been set for an INITIAL PRETRIAL CONFERENCE in Chambers, on the Second Floor of the United States Courthouse, 200 West 8th Street, Austin, Texas, on **Monday, April 16, 2007, at 10:00 a.m.**

Further, the parties are notified that at the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this 29h day of March, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE