IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIERNEY MCCRACKEN | § § § | |
| Plaintiff | § § | |
| v. | § § | Cause No. A 06 CA 970 LY |
| MICHAEL M. BARRON and BARRON ADLER & ANDERSON, L.L.P. | § § § § | |
| Defendants. | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

**TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:**

In accordance with Local Rule CV-88, the parties submit this Alternative Dispute Resolution ("ADR") Report. The parties state as follows:

1. The parties are not engaged in settlement discussions at this time.

2. The parties and their respective counsel will be responsible for conducting any settlement negotiations that may ensue.

3. The parties have been informed of the ADR procedures available in this District.

4. The parties are willing to explore the use of an ADR procedure, specifically nonbinding mediation, in the event that settlement discussions would appear to be potentially fruitful and the use of a neutral facilitator is determined to be advantageous. In the event of an eventual agreement between the parties to proceed forward with an ADR procedure, the parties believe that they will successfully reach an agreement regarding the ADR method, the ADR provider to be selected, the method by which the ADR provider is to be selected, and how the ADR provider will be compensated.

Respectfully submitted,

**WINSTEAD PC**
401 Congress Avenue, Suite 2100
Austin, TX 78701
Telephone: (512) 370-2800
Facsimile: (512) 370-2850

By: */s/ Gary E. Zausmer*
    Gary E. Zausmer
    State Bar No. 22251350

**ATTORNEYS FOR DEFENDANT
MICHAEL M. BARRON**


**WRIGHT & GREENHILL, P.C.**
221 West 6th Street, Suite 1800
Austin, TX 78701
Telephone: (512) 476-4600
Facsimile: (512) 476-5382


By:_____
    Mark Rogstad
    State Bar No. 17203400

**ATTORNEYS FOR DEFENDANT
BARRON, ADLER & ANDERSON, L.L.P.**

and

**GARY F. DESHAZO & ASSOCIATES**
823 Congress Avenue, Suite 1550
Austin, TX 78701
Telephone: (512) 476-3800
Facsimile: (512) 476-0435

By: */s/ Gary F. DeShazo by Gary E. Zausmer w/ express permission*
    Gary F. DeShazo
    State Bar No. 05776500

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

**WINSTEAD PC**
401 Congress Avenue, Suite 2100
Austin, TX 78701
Telephone: (512) 370-2800
Facsimile: (512) 370-2850

By:_____
    Gary E. Zausmer
    State Bar No. 22251350

**ATTORNEYS FOR DEFENDANT
MICHAEL M. BARRON**

**WRIGHT & GREENHILL, P.C.**
221 West 6th Street, Suite 1800
Austin, TX 78701
Telephone: (512) 476-4600
Facsimile: (512) 476-5382

By: /s/ Mark Rogstad
    Mark Rogstad
    State Bar No. 17203400

**ATTORNEYS FOR DEFENDANT
BARRON, ADLER & ANDERSON, L.L.P.**

and

**GARY F. DESHAZO & ASSOCIATES**
823 Congress Avenue, Suite 1550
Austin, TX 78701
Telephone: (512) 476-3800
Facsimile: (512) 476-0435

By:_____
    Gary F. DeShazo
    State Bar No. 05776500

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gary F. DeShazo  *Attorney for Plaintiff*
GARY F. DESHAZO & ASSOCIATES
823 Congress Avenue, Ste. 1550
Austin, TX  78701

Mark Rogstad  *Attorney for Defendant*
WRIGHT & GREENHILL, P.C.  *Barron, Adler & Anderson, L.L.P.*
221 West 6th St., Ste. 1800
Austin, TX  78701

_____
Gary E. Zausmer