IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIERNEY MCCRACKEN | § | |
| | § | |
| v. | § | A-06-CA-970 LY |
| | § | |
| MICHAEL M. BARRON ET AL. | § | |

## ORDER

Before the Court is Richard Paxton's and Gary F. DeShazo's Motion for Order Approving Withdrawal of Counsel. Clerk's Doc. No. 13. The Motion is **GRANTED** and the Clerk's Office is **ORDERED** to remove Richard Paxton and Gary F. DeShazo as attorneys of record for Plaintiff.

As of this time, the Court has the following contact information on file for Plaintiff: Tierney Barron McCracken, 447 North Braddock St., Winchester, VA 22601. The Plaintiff is **ORDERED** to supplement this (or correct it if wrong) with her complete contact information.

SIGNED this 7th day of November, 2007.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE