IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TIERNEY MCCRACKEN, §<br>Plaintiff, §<br>§<br>v. §<br>§<br>MICHAEL M. BARRON AND §<br>BARRON, ADLER & ANDERSON, L.L.P., §<br>Defendants. § | CAUSE NO. A06 CA 970 LY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants file this Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff is Tierney McCracken. Defendants are Michael M. Barron and Barron, Adler & Anderson, LLP.

2. Plaintiff moves to dismiss with prejudice all claims asserted and that could have been asserted by Plaintiff in this lawsuit.

3. Defendants agree to the referenced dismissal with prejudice.

4. This dismissal is with prejudice to Plaintiff's refiling any and all claims that were asserted and that could have been asserted by Plaintiff in this lawsuit.

WHEREFORE, Plaintiff and Defendants request the Court enter this Stipulation of Dismissal with Prejudice in the record and enter the accompanying Agreed Order Approving Stipulation of Dismissal with Prejudice. Plaintiff and Defendants request such other and further relief to which they may be justly entitled.

Respectfully submitted,

**WINSTEAD PC**
401 Congress Ave., Suite 2100
Austin, TX 78701
Telephone:     (512) 370-2800
Facsimile:      (512) 370-2850

By:_____
    Gary E. Zausmer
    State Bar No. 22251350

**ATTORNEYS FOR DEFENDANT
MICHAEL M. BARRON**

**WRIGHT & GREENHILL, P.C.**
221 West 6th Street, Suite 1800
Austin, TX 78701
Telephone:     (512) 476-4600
Facsimile:      (512) 476-5382

By:_____
    Mark Rogstad
    State Bar No. 17203400

**ATTORNEYS FOR DEFENDANT
BARRON, ADLER & ANDERSON,
L.L.P.**

Tierney McCracken, Pro Se Plaintiff
447 North Braddock Street
Winchester, VA 22601-3921
Telephone:     (540) 667-8099

By:_____
    Tierney McCracken

May  9 2008  13:26
5- 7-08 THU   6:16 Red                                          P.18

Respectfully submitted,

WINSTEAD PC
401 Congress Ave., Suite 2100
Austin, TX 78701
Telephone:   (512) 370-2800
Facsimile:   (512) 370-2850

By: _____
Gary E. Zausmer
State Bar No. 22251350

**ATTORNEYS FOR DEFENDANT
MICHAEL M. BARRON**


WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, TX 78701
Telephone:   (512) 476-4600
Facsimile:   (512) 476-5382

By: _____
Mark Rogstad
State Bar No. 17203400

**ATTORNEYS FOR DEFENDANT
BARRON, ADLER & ANDERSON,
L.L.P.**


Tierney McCracken, Pro Se Plaintiff
447 North Braddock Street
Winchester, VA 22601-3921
Telephone:   (540) 667-8099

By: _____
Tierney McCracken

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIERNEY MCCRACKEN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. A06 CA 970 LY |
| | § | |
| MICHAEL M. BARRON AND | § | |
| BARRON, ADLER & ANDERSON, L.L.P., | § | |
| Defendants. | § | |

## AGREED ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

CAME ON for consideration this date the Parties' Stipulation of Dismissal with Prejudice.

The Court, having carefully considered the Parties' Stipulation of Dismissal with Prejudice is of the opinion that it is meritorious and should be APPROVED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Parties' Stipulation of Dismissal with Prejudice shall be and is hereby APPROVED in all respects, and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any and all claims that were asserted and that could have been asserted by Plaintiff in this lawsuit are hereby in all respects DISMISSED with prejudice.

SIGNED this _____ day of _____, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

**AGREED:**

WINSTEAD PC
401 Congress Ave., Suite 2100
Austin, TX 78701
Telephone: (512) 370-2800
Facsimile: (512) 370-2850

By: _____
Gary E. Zausmer
State Bar No. 22251350

ATTORNEYS FOR DEFENDANT
MICHAEL M. BARRON


WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, TX 78701
Telephone: (512) 476-4600
Facsimile: (512) 476-5382

By: _____
Mark Rogstad
State Bar No. 17203400

ATTORNEYS FOR DEFENDANT
BARRON, ADLER & ANDERSON, L.L.P.

Tierney McCracken, Pro Se Plaintiff
447 North Braddock Street
Winchester, VA 22601-3921
Telephone: (540) 667-8099

By: *(signature)*
Tierney McCracken