FILED

AUG 2 1 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TIERNEY MCCRACKEN,<br>    Plaintiff, | §<br>§<br>§ |
| v. | §    CAUSE NO. A06 CA 970 LY |
| | § |
| MICHAEL M. BARRON AND<br>BARRON, ADLER & ANDERSON, L.L.P.,<br>    Defendants. | §<br>§<br>§ |

## AGREED ORDER APPROVING STIPULATION
## OF DISMISSAL WITH PREJUDICE

CAME ON for consideration this date the Parties' Stipulation of Dismissal with Prejudice.

The Court, having carefully considered the Parties' Stipulation of Dismissal with Prejudice is of the opinion that it is meritorious and should be APPROVED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Parties' Stipulation of Dismissal with Prejudice shall be and is hereby APPROVED in all respects, and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any and all claims that were asserted and that could have been asserted by Plaintiff in this lawsuit are hereby in all respects DISMISSED with prejudice.

SIGNED this 21st day of August, 2008.

*[signature]*
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

**AGREED:**

WINSTEAD PC
401 Congress Ave., Suite 2100
Austin, TX 78701
Telephone: (512) 370-2800
Facsimile: (512) 370-2850

By: *[signature]*
Gary E. Zausmer
State Bar No. 22251350

ATTORNEYS FOR DEFENDANT
MICHAEL M. BARRON

WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, TX 78701
Telephone: (512) 476-4600
Facsimile: (512) 476-5382

By: *[signature]*
Mark Rogstad
State Bar No. 17203400

ATTORNEYS FOR DEFENDANT
BARRON, ADLER & ANDERSON, L.L.P.

Tierney McCracken, Pro Se Plaintiff
447 North Braddock Street
Winchester, VA 22601-3921
Telephone: (540) 667-8099

By: _____
Tierney McCracken