IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUG 2 1 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| TIERNEY MCCRAKEN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-06-CA-970-LY |
| | § | |
| MICHAEL M. BARRON AND | § | |
| BARRON, ADLER & ANDERSON, L.L.P., | § | |
| DEFENDANTS. | § | |

### FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date by separate order, the Court signed an Agreed Order Approving Stipulation Of Dismissal With Prejudice and dismissed Plaintiff Tierney McCracken's claims that were asserted and claims that could have been asserted in this action against Defendants Michael M. Barron and Barron, Adler & Anderson, L.L.P. with prejudice. In light of the parties' stipulation and the Court's order of dismissal, the Court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff Tierney McCracken's claims that were asserted and claims that could have been asserted in this action against Defendants Michael M. Barron and Barron, Adler & Anderson, L.L.P. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**FINALLY, IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this 21st day of August, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE